United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HESLER OBED AGUILAR-AMADOR, "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-01086 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 6) ("MSJ"), and Petitioner's "Response in Opposition to Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 7) ("Response").

Petitioner is a Honduran national who entered the United States without inspection, admission, or parole, on or about November 2022. Dkt. No. 1 at 2; Dkt. No. 6 at 2. On August 30, 2026, Petitioner was detained by ICE and subsequently placed into removal proceedings. Dkt. No. 1 at 2. Petitioner is currently detained at the Port Isabel Detention Center in Los Fresnos, Texas. Dkt. No. 1 at 2.

The Court finds that 8 U.S.C. § 1225(b)(2)(A) authorizes Petitioner's detention, *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498-500 (5th Cir. 2026), and any constitutional claims contesting detention without a bond hearing or individualized custody determination are foreclosed by the Fifth Circuit's decision in *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).

For these reasons, Respondents' MSJ (Dkt. No. 6) is **GRANTED**. As such, Petitioner's Petition (Dkt. No. 1) and Response (Dkt. No. 7) are **DENIED**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 12th day of November 2026.

Hon. Rolando Olvera
United States District Judge